

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2018

No. 04-18-00415-CR

Gilberto **CARREON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3963
Honorable Catherine Torres-Stahl, Judge Presiding

# O R D E R

After review, we **GRANT** appellant's motion and **ORDER** appellant to file his brief in this court **on or before December 5, 2018. Appellant is advised that no further extensions of time to file appellant's brief will be granted without written proof of extraordinary circumstances.**

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court